AEE

FILED
FEBRUARY 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1004

JUDGE ANDERSEN
MAGISTRATE JUDGE VALDEZ

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND, and UNITED FOOD & COMMERCIAL WORKERS LOCAL 1546 PENSION FUND, Plaintiffs, v. FROZEN ASSETS COLD STORAGE, LLC, Defendant. | Case |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND, and UNITED FOOD & COMMERCIAL WORKERS LOCAL 1546 PENSION FUND

| NAME (Type or print) |
|---|
| ROBERT B. GREENBERG |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Robert B. Greenberg |
| FIRM |
| ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. |
| STREET ADDRESS |
| 200 West Jackson Boulevard, Suite 1900 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 01047558 | 312-263-1500 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ |