AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

UNITED FOOD AND COMMERCIAL
WORKERS LOCAL 1546 HEALTH &
WELFARE FUND, and UNITED FOOD
AND COMMERCIAL WORKERS LOCAL
1546 PENSION FUND,

        Plaintiffs,

v.

FROZEN ASSETS COLD STORAGE, LLC,
        Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **08 C 1004**

ASSIGNED JUDGE: **JUDGE ANDERSEN**
**MAGISTRATE JUDGE VALDEZ**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

FROZEN ASSETS COLD STORAGE, LLC
c/o: Mitchell D. Goldsmith, Registered Agent
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*
(By) DEPUTY CLERK

February 19, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2-20-2008 |
| NAME OF SERVER (PRINT) Bernard LeFlore | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Registered Agent, Mitchell D. Goldsmith personally at 111 East Wacker Drive.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-20-08
                 Date

Bernard LeFlore
Signature of Server

200 W. Jackson Suite 1900
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.