THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND, and UNITED FOOD & COMMERCIAL WORKERS LOCAL 1546 PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FROZEN ASSETS COLD STORAGE, LLC, <br><br> Defendant. | No. 08C 1004 <br><br> Judge Andersen <br><br> Mag. Judge Valdez |

## MOTION FOR DEFAULT JUDGMENT

NOW COME the Plaintiffs and moves this Honorable Court to enter a default judgment on behalf of the Plaintiffs and against Defendant on the grounds that the Defendant has failed to answer or otherwise defend to the Complaint of the Plaintiffs, a copy of which is attached hereto as Exhibit "A". Said Defendant was served on February 20, 2008, as more fully appears from the Affidavit of Service, a copy of which is attached hereto as Exhibit "B".

WHEREFORE, Plaintiffs request the following relief:

1. That default judgment be entered against the Defendant herein, FROZEN ASSETS COLD STORAGE, LLC., and that the Complaint filed herein be taken as confessed.

2. That judgment be entered forthwith against the Defendant and in favor of Plaintiffs for the period January 1, 2008, through April 30, 2008, in the amount of $23,196.33, for delinquent contributions and liquidated damages estimated to be due.

3. That interest and/or liquidated damages be assessed against the Defendant as provided in the Collective Bargaining Agreement and the applicable provisions of the Pension Reform Act.

4. That the Defendant be ordered to comply with and perform according to the terms and conditions of its Collective Bargaining Agreement and the applicable provisions of ERISA as amended.

5. For such other and further relief as the Court may deem just and proper, including reasonable attorney's fees and court costs which are sustained.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558

Dated: May 16, 2008