AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

UNITED FOOD AND COMMERCIAL
WORKERS LOCAL 1546 HEALTH &
WELFARE FUND, and UNITED FOOD
AND COMMERCIAL WORKERS LOCAL
1546 PENSION FUND,

**SUMMONS IN A CIVIL CASE**

Plaintiffs,

CASE NUMBER:

# 08 C 1004

v.

ASSIGNED JUDGE:

**JUDGE ANDERSEN
MAGISTRATE JUDGE VALDEZ**

FROZEN ASSETS COLD STORAGE, LLC,

Defendant.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

> FROZEN ASSETS COLD STORAGE, LLC
> c/o: Mitchell D. Goldsmith, Registered Agent
> 111 East Wacker Drive
> Suite 2800
> Chicago, IL 60601

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> ROBERT B. GREENBERG, ESQ.
> ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
> 200 West Jackson Boulevard
> Suite 1900
> Chicago, Illinois 60606
> (312) 263-1500

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*

**(By) DEPUTY CLERK**

**February 19, 2008**

**Date**

Exh. "B"

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-20-2008 |
| NAME OF SERVER (PRINT)  Bernard LeFlore | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Served Registered Agent, Mitchell D. Goldsmith personally at 111 East Wacker Drive._

---

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-20-08
_____Date_____

_Bernard LeFlore_
Signature of Server

_200 W. Jackson   Suite 1900_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.