THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND, and UNITED FOOD & COMMERCIAL WORKERS LOCAL 1546 PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FROZEN ASSETS COLD STORAGE, LLC,<br><br>Defendant. | No. 08C 1004<br><br>Judge Andersen<br><br>Mag. Judge Valdez |

## AFFIDAVIT

ROBERT B. GREENBERG, Attorney for Plaintiffs, UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND and UNITED FOOD & COMMERCIAL WORKERS LOCAL 1546 PENSION FUND, on oath and duly sworn, states:

1. That I am an attorney licensed to practice in the State of Illinois for 44 years and a member of the Federal Bar.

2. That I represent the Plaintiffs, UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND, et al., and my billing rate to Plaintiff Funds are $195.00 per hour.

3. That I have billed my clients a total of $1,170.00 for legal services in the matter of FROZEN ASSETS COLD STORAGE, LLC.

ROBERT B. GREENBERG

Subscribed and Sworn to before me
this 6th day of May, 2008.

NOTARY PUBLIC

OFFICIAL SEAL
JACQUELINE S WHARTON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/22/11