THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND, and UNITED FOOD & COMMERCIAL WORKERS LOCAL 1546 PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FROZEN ASSETS COLD STORAGE, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 08C 1004<br>)<br>) Judge Andersen<br>)<br>) Mag. Judge Valdez<br>) |

## AFFIDAVIT

PATTY GUFFEY, on oath and duly sworn, states:

1. Affiant is the Accounts Receivable Supervisor for UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND, etc.

2. Based upon an examination of Defendant's reports and records performed under my direction and control, Affiant finds the Defendant, FROZEN ASSETS COLD STORAGE, LLC., to be delinquent in its contributions and for liquidated damages to the Plaintiff Funds for the period 1/1/08 through 4/30/08, in the amount of $23,196.33.

_____
PATTY GUFFEY

Subscribed and Sworn to before me
this 14th day of May, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
PATRICIA A KESSEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/04/09