THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND, and UNITED FOOD & COMMERCIAL WORKERS LOCAL 1546 PENSION FUND, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) No.  08C 1004 |
| FROZEN ASSETS COLD STORAGE, LLC, | ) Judge Andersen<br>)<br>) Mag. Judge Valdez |
| Defendant. | ) |

## NOTICE OF MOTION

TO:   FROZEN ASSETS COLD STORAGE, LLC
      c/o: Mitchell D. Goldsmith, Registered Agent
      111 East Wacker Drive, Suite 2800
      Chicago, Illinois   60601

   **PLEASE TAKE NOTICE** that the undersigned will bring on the annexed motion for hearing at Room 1403, Judge Andersen, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the 29th of May 2008, at 9:00 a.m. of that day or as soon thereafter as counsel can be heard.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

## CERTIFICATE OF SERVICE

     ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiffs in this action, and that he served the attached Motion upon:

> **FROZEN ASSETS COLD STORAGE, LLC**
> **c/o: Mitchell D. Goldsmith, Registered Agent**
> **111 East Wacker Drive, Suite 2800**
> **Chicago, Illinois   60601**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 16th day of May, 2008.

     Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                      /s/ Robert B. Greenberg
                                      Asher, Gittler, Greenfield & D'Alba, Ltd.
                                      200 West Jackson Boulevard
                                      Suite 1900
                                      Chicago, Illinois 60606
                                      (312) 263-1500
                                      IL ARDC#:  01047558