**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

United Food and Commerical Workers Local 1546
Health & Welfare Fund, et al.

                                        Plaintiff,

v.                                                      Case No.:
                                                        1:08−cv−01004
                                                        Honorable Wayne R.
                                                        Andersen

Frozen Assets Cold Storage, LLC
                                        Defendant.

_____


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


        Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of
Magistrate Judge Honorable Maria Valdez for the purpose of holding proceedings related
to: discovery supervision.(tsa, )Mailed notice.


Dated: May 19, 2008

                                                        /s/ Wayne R. Andersen
                                        _____

                                                United States District Judge