IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND and UNITED FOOD & COMMERCIAL WORKERS, LOCAL 1546 PENSION FUND<br><br>Plaintiffs<br><br>v.<br><br>FROZEN ASSETS COLD STORAGE, LLC,<br><br>Defendant. | Case No. 1:2008-cv-1004<br><br>Honorable Wayne R. Andersen<br><br>Magistrate Judge Maria G. Valdez |

## NOTICE OF FILING

TO:   Robert B. Greenberg, Esq.
        Asher, Gittler, et al.
        200 West Jackson Blvd., Suite 1900
        Chicago, IL  60606

   PLEASE TAKE NOTICE THAT on May 21, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **APPEARANCE,** a copy of which is attached hereto and served upon you.

                           **FROZEN ASSETS COLD STORAGE, LLC,**
                           Defendant


                           By:_____/s/ Rakesh Khanna_____
                                 One of its attorneys


Rakesh Khanna, Esq. (06243244)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, Illinois  60605
T. 312-663-0004
F. 312-663-1514

1

## CERTIFICATE OF SERVICE

I, Rakesh Khanna, certify that on May 21, 2008, I caused to be served **APPEARANCE**, to the above-named party through the District Court's ECF/CM electronic filing system.

                        /s/ Rakesh Khanna
                        Rakesh Khanna

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08-cv-1004

UNITED FOOD AND COMMERCIAL WORKERS LOCAL
1546 HEALTH & WELFARE FUND, et al.,
    v.                                    Plaintiff
FROZEN ASSETS COLD STORAGE, LLC,
                                     Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FROZEN ASSETS COLD STORAGE, LLC

| | |
|---|---|
| NAME (Type or print) <br> Rakesh Khanna | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Rakesh Khanna | |
| FIRM <br> Weissberg and Associates, Ltd. | |
| STREET ADDRESS <br> 401 S. LaSalle Street, Suite 403 | |
| CITY/STATE/ZIP <br> Chicago, IL 60605 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6243244 | TELEPHONE NUMBER <br> 312-663-0004 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |