# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 8 C 1004 | DATE | 5/23/2008 |
| CASE TITLE | United Food and Commercial Workers et al vs. Frozen Assets Cold Storage, LLC | | |

**DOCKET ENTRY TEXT**

Enter judgment order. Judgment is entered in favor of the plaintiff and against the defendants in the amount of $24,716.33.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials:  TSA

8C1004 United Food and Commercial Workers et al vs. Frozen Assets Cold Storage, LLC

Page 1 of 1