THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED FOOD AND COMMERCIAL ) 
WORKERS LOCAL 1546 HEALTH & )
WELFARE FUND, and UNITED )
FOOD & COMMERCIAL WORKERS )
LOCAL 1546 PENSION FUND, )
)
                 Plaintiffs, )
)
v. )   No. 08C 1004
)
FROZEN ASSETS COLD STORAGE, )   Judge Andersen
LLC, )
)   Mag. Judge Valdez
                 Defendant. )

## JUDGMENT ORDER

This cause coming on to be heard upon motion of the Plaintiffs for entry of default order, and the Court being duly advised in the premises,

IT IS NOW THEREFORE ORDERED:

    1.    That Defendant, FROZEN ASSETS COLD STORAGE, LLC., having failed to appear and plead or otherwise defend in this action is adjudged to be in default and judgment is hereby entered herein.

    2.    The Complaint filed by the Plaintiffs against the Defendant is hereby taken as confessed.

    3.    That judgment in the amount of TWENTY FOUR THOUSAND SEVEN HUNDRED SIXTEEN and 33/100 DOLLARS ($24,716.33) which amount includes Court costs in the amount of THREE HUNDRED FIFTY AND 00/100 DOLLARS ($350.00) and attorney's fees in the amount of ONE THOUSAND ONE HUNDRED SEVENTY AND NO/100 DOLLARS ($1,170.00) is entered against FROZEN ASSETS COLD STORAGE, LLC., and in favor of UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND, and UNITED FOOD & COMMERCIAL WORKERS LOCAL 1546 PENSION FUND.



4. That Defendant shall comply with and perform according to the terms and conditions of its Collective Bargaining Agreement with UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND, and UNITED FOOD & COMMERCIAL WORKERS LOCAL 1546 PENSION FUND.

5. The Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiffs in order to enforce the judgment entered herein.

DATED: May 23, 2008

ENTER:

_____
U.S. District Court Judge

Robert B. Greenberg
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558