# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

United Food and Commerical Workers Local 1546
Health & Welfare Fund, et al.

Plaintiff,

v.

Case No.:
1:08−cv−01004

Honorable Wayne R. Andersen

Frozen Assets Cold Storage, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

MINUTE entry before the Honorable Wayne R. Andersen:The Court vacates the the default judgment and order, minute entries [1], [12]. This case shall be reopened and the referral shall be restored to the magistrate judge.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.