IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND and UNITED FOOD & COMMERCIAL WORKERS, LOCAL 1546 PENSION FUND | Case No. 1:2008-cv-1004<br><br>Honorable Wayne R. Andersen<br><br>Magistrate Judge Maria G. Valdez |
| Plaintiffs | |
| v. | |
| FROZEN ASSETS COLD STORAGE, LLC, | |
| Defendant. | |

### NOTICE OF FILING

TO:   Librado Arreola, Esq.
Asher, Gittler, et al.
200 West Jackson Blvd., Suite 1900
Chicago, IL  60606

PLEASE TAKE NOTICE THAT on June 18, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **STIPULATION OF DISMISSAL WITH PREJUDICE,** a copy of which is attached hereto and served upon you.

**FROZEN ASSETS COLD STORAGE, LLC,**
Defendant


By:      /s/ Rakesh Khanna
One of its attorneys

Rakesh Khanna, Esq. (06243244)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, Illinois  60605
T. 312-663-0004

- 2 -

**CERTIFICATE OF SERVICE**

    I, Rakesh Khanna, certify that on June 18, 2008, I caused to be served **STIPULATION OF DISMISSAL WITH PREJUDICE**, to the above-named party through the District Court's ECF/CM electronic filing system.

        /s/ Rakesh Khanna
        Rakesh Khanna

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND and UNITED FOOD & COMMERCIAL WORKERS, LOCAL 1546 PENSION FUND** | : : : : : : : | Case No. 1:2008-cv-1004 <br><br> Honorable Wayne R. Andersen <br><br> Magistrate Judge Maria G. Valdez |
| **Plaintiffs** | : : | |
| v. | : : | |
| **FROZEN ASSETS COLD STORAGE, LLC,** | : : : : | |
| **Defendant.** | : : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** that the above-captioned action and all claims, demands and requests for relief, therein are hereby voluntarily dismissed with prejudice *instanter*, with all parties bearing their own attorneys' fees, costs and expenses.


____/s/ Rakesh Khanna_____        ___/s/ Librado Arreola_____
Rakesh Khanna, Esq.                 Librado Arreola, Esq.
Weissberg and Associates, Ltd..     Asher, Gittler, Greenfield & D'Alba
401 S. LaSalle Street, #403         200 W. Jackson Blvd., Suite 1900
Chicago, Illinois 60605             Chicago, Illinois 60606
(312) 663-0004                      (312) 263-1500
IL ARDC #6243244                    IL ARDC # 6203323
email: rakesh@weissberglaw.com      email: la@ulaw.com
Attorneys for Defendant             Attorney for Plaintiffs