## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 1004 | **DATE** | 6/16/2008 |
| **CASE TITLE** | United Food and Commercial Workers et al vs. Frozen Assets Cold Storage | | |

**DOCKET ENTRY TEXT**

Enter agreed order. That the judgment ordered entered on 5/23/2008 [12] is hereby vacated instanter, and the Court's order of 5/19/2008 [9], referring the matter to the Calendar of Magistrate Judge Maria Valdez, for the purpose of holding proceedings relating to discovery supervision, shall remain in full force and effect.

Docketing to mail notices.

FILED-EDF
2008 JUN 18  AM 7:40
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | TSA |
|---|---|---|