THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND, and UNITED FOOD & COMMERCIAL WORKERS LOCAL 1546 PENSION FUND,<br><br>  Plaintiffs,<br><br>v.<br><br>FROZEN ASSETS COLD STORAGE, LLC,<br>  Defendant. | No. 08C 1004<br><br>Judge Andersen<br><br>Mag. Judge Valdez |

### AGREED ORDER

This cause coming on to be heard on the Court's Status Call, and on Plaintiffs' Motion for Default Judgment, set for Hearing on the 29th day of May, 2008, and the parties being advised that the Court had entered a Judgment Order on Plaintiffs' Motion on the 23rd day of May, notwithstanding the fact that Counsel for Defendant filed an appearance in the matter on the 21st day of May, and the Court being further advised that the parties are in agreement that the Judgment Order should be vacated, and the matter returned to the Trial Court's Call,

IT IS NOW THEREFORE ORDERED:

That the Judgment Order entered on May 23, 2008, is hereby vacated instanter, and that the Court's Order of May 19, 2008, referring the matter to the Calendar of Magistrate Judge Maria Valdez, for the purpose of holding proceedings relating to discovery supervision, shall remain in full force and effect.

DATED: June 16, 2008

ENTER:

_W. (illegible signature)_
Judge Wayne R. Andersen

Robert B. Greenberg
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558