# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

United Food and Commerical Workers Local 1546
Health & Welfare Fund, et al.

                                                  Plaintiff,

v.                                                           Case No.:
                                                            1:08−cv−01004

                                                            Honorable Wayne R.
                                                            Andersen

Frozen Assets Cold Storage, LLC

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2008:

      MINUTE entry before the Honorable Maria Valdez: Case having been closed by the District Judge, all matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Status hearing set for 7/2/08 is hereby stricken. Judge Honorable Maria Valdez no longer referred to the case.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.